1118

Herman GEORGE, Appellant, v. STATE of Texas, Appellee.

No. 22189.

Court of Criminal Appeals of Texas.

May 13, 1942.

Nat Gentry, Jr., of Tyler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Theft of cattle is the offense. The punishment assessed is confinement in the state penitentiary for a term of two years.

Since perfecting his appeal, appellant has filed a motion, duly verified, requesting the privilege of withdrawing said appeal. The motion is granted and the appeal is ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

J. I. HARRISON, Appellant, v. STATE of Texas, Appellee.

No. 22200.

Court of Criminal Appeals of Texas.

May 27, 1942.

Jesse J. Bartlett, of Austin, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for wife and child desertion, punishment assessed being six months in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute his appeal, and upon his request said appeal is dismissed.

Verna NORRIS, Appellant, v. STATE of Texas, Appellee.

No. 22168.

Court of Criminal Appeals of Texas.

May 6, 1942.

No attorney for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for passing a forged instrument. The punishment assessed is confinement in the state penitentiary for a term of two years.

Since perfecting her appeal, appellant has filed a motion, duly verified, requesting the privilege of withdrawing said appeal. The motion is granted and the appeal is ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

John RANDELL, Appellant, v. STATE of Texas, Appellee.

No. 22187.

Court of Criminal Appeals of Texas.

May 13, 1942.

Bill Miller, of Dallas, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of theft of property of the value of more than $50, and his punishment assessed at two years' confinement in the State Penitentiary.

The appellant has filed a written application, duly verified by his affidavit, requesting the privilege of withdrawing his appeal. The request is granted and the appeal is ordered dismissed.